# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALMAGUER, | ) Case No.: 2:23-cv-10122-SK |
| Plaintiff, | ) |
| | ) {PROPOSED} ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| FRANK BISIGNANO, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 |
| | ) U.S.C. §§ 1920; 2412 |
| Defendant | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $10,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE:   July 9, 2026

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-1-